3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

July 30, 1999

Mr. Dennis M. McElwee
Schechter & Marshall
3200 Travis
Houston, TX 77006

      Re:    Order of the Court
             C.A. B-97-118
             Ton Tysterman, et al. vs.
             Chernomorneftegaz, *in personam*

Dear Mr. McElwee:

     The Clerk has brought the above case to the undersigned's attention. There has been no activity in this case for some time. Please advise the court on or before September 3, 1999, as to your plans for proceeding with this case.

                             Very truly yours,

                             John Wm. Black
                             United States Magistrate Judge

JWB:pt