5

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| TON TYSTERMAN, ET AL § | |
| § | |
| VS. § | C.A. NO. B-97-118 |
| § | |
| CHERNOMORNEFTEGAZ, *in* § | |
| *personam* as Owner of the § | |
| TITAN 2, her engines, tackle, § | |
| apparel, etc. § | |

## ORDER OF DISMISSAL

On this day came on to be heard Plaintiffs' Motion for Dismissal and the Court having considered same is of the opinion that it is meritorious and should be granted. It is therefore;

ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Dismissal be in all things GRANTED.

SIGNED this the 13th day of September, 1999.

UNITED STATES DISTRICT JUDGE